**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**BETH ALLEN,**

        Plaintiff,

   -vs-                                         **Case No. 13-C-886**

**SONOSITE, Inc., and THE PRUDENTIAL**
**INSURANCE COMPANY OF AMERICA,**

        Defendants.

---

**DECISION AND ORDER**

---

       The parties to this case filed a stipulation of dismissal along with a joint motion to seal the confidential settlement agreement. This motion fails to establish good cause to seal the agreement. *See, e.g., Goesel v. Boley Int'l (H.K.) Ltd.*, 738 F.3d 831 (7th Cir. 2013). Therefore, the motion to seal [ECF No. 16] is **DENIED**.

       Dated at Milwaukee, Wisconsin, this 31st day of March, 2014.

                                                              **BY THE COURT:**

                                                               _____
                                                              **HON. RUDOLPH T. RANDA**
                                                              **U.S. District Judge**